NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN S. GITHENS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7129

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-4239, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**MAY 0 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 2 2011**

**JAN HORBALY**
**CLERK**